UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

MALIK PEARSON,
                Plaintiff,         Case No. 2:25-cv-11582

vs.                                        HON.

**SPECTRUM JUVENILE JUSTICE SERVICES**; **SPECTRUM HUMAN SERVICES, INC**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**; and **JOHN/JANE DOES 1-101**, in their official, professional, personal, and individual capacityies, jointly and severally;
                Defendants.

| Elizabeth K. Abdnour (P78203) | Kevin T. Sutton (P65364) |
|---|---|
| **ABDNOUR WEIKER, LLP.** | Adam M. Blaylock (P77716) |
| Attorney for Plaintiff | **MILLER JOHNSON** |
| 325 E. Grand River Ave., Suite 250 | Attorneys for Defendants |
| Lansing, Michigan 48823 | 500 Woodward Ave., Suite 3600 |
| (517) 994-1776 | Detroit, MI 48226 |
| liz@education-rights.com | (313) 672-6950 |
| | suttonk@millerjohnson.com |
| David Wesley Cornish, Esquire* | blaylocka@millerjohnson.com |
| **CORNERSTONE LEGAL GROUP, LLC.** | |
| Attorney for Plaintiff | |
| 230 S. Broad St., 17th Floor | |
| Philadelphia, Pennsylvania 19102 | |
| (888) 313-1385 | |
| Dwesley24@gmail.com | |
| *Admission application to be filed | |

## APPEARANCE

**PLEASE TAKE NOTICE** that **KEVIN T. SUTTON** of **MILLER JOHNSON** hereby

enters his appearance as counsel on behalf of Defendants **WANYE COUNTY REGIONAL**

**EDUCATIONAL SERVICE AGENCY DISTRICT** and **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2025 | */s/ Kevin T. Sutton* |
|  | Kevin T. Sutton (P65364) |
|  | Adam M. Blaylock (P77716) |
|  | **MILLER JOHNSON** |
|  | 500 Woodward Ave., Suite 3600 |
|  | Detroit, Michigan 48226 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

MALIK PEARSON,

                    Plaintiff,                 Case No. 2:25-cv-11582

vs.                                            HON.

**SPECTRUM JUVENILE JUSTICE SERVICES**; **SPECTRUM HUMAN SERVICES, INC**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**; and **JOHN/JANE DOES 1-101**, in their official, professional, personal, and individual capacityies, jointly and severally;

                    Defendants.

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>**ABDNOUR WEIKER, LLP.**<br>Attorney for Plaintiff<br>325 E. Grand River Ave., Suite 250<br>Lansing, Michigan 48823<br>(517) 994-1776<br>liz@education-rights.com<br><br>David Wesley Cornish, Esquire*<br>**CORNERSTONE LEGAL GROUP, LLC.**<br>Attorney for Plaintiff<br>230 S. Broad St., 17th Floor<br>Philadelphia, Pennsylvania 19102<br>(888) 313-1385<br>Dwesley24@gmail.com<br>*Admission application to be filed | Kevin T. Sutton (P65364)<br>Adam M. Blaylock<br>**MILLER JOHNSON**<br>Attorneys for Defendants<br>500 Woodward Ave., Suite 3600<br>Detroit, MI 48226<br>(313) 672-6950<br>suttonk@millerjohnson.com<br>blaylocka@millerjohnson.com |

## **PROOF OF SERVICE**

      The undersigned states that she served a copy of the foregoing *Appearance* via PACER on June 13, 2025.

Respectfully Submitted,

*/s/ Grace A. Bergeron*
Grace A. Bergeron
**MILLER JOHNSON**
500 Woodward Ave., Suite 3600
Detroit, Michigan 48226