**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **MALIK PEARSON**, <br>                     Plaintiff, | Case No.  2:25-cv-11582 |
| vs. | HON. |
| **SPECTRUM JUVENILE JUSTICE SERVICES**; **SPECTRUM HUMAN SERVICES, INC**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**; and **JOHN/JANE DOES 1-101**, in their official, professional, personal, and individual capacityies, jointly and severally; <br>                     Defendants. | |

| | |
|---|---|
| Elizabeth K. Abdnour (P78203) <br> **ABDNOUR WEIKER, LLP.** <br> Attorney for Plaintiff <br> 325 E. Grand River Ave., Suite 250 <br> Lansing, Michigan 48823 <br> (517) 994-1776 <br> liz@education-rights.com <br> <br> David Wesley Cornish, Esquire* <br> **CORNERSTONE LEGAL GROUP, LLC.** <br> Attorney for Plaintiff <br> 230 S. Broad St., 17th Floor <br> Philadelphia, Pennsylvania 19102 <br> (888) 313-1385 <br> Dwesley24@gmail.com <br> *Admission application to be filed | Kevin T. Sutton (P65364) <br> Adam M. Blaylock (P77716) <br> **MILLER JOHNSON** <br> Attorneys for Defendants <br> 500 Woodward Ave., Suite 3600 <br> Detroit, MI 48226 <br> (313) 672-6950 <br> suttonk@millerjohnson.com <br> blaylocka@millerjohnson.com |

## **APPEARANCE**

**PLEASE TAKE NOTICE** that **ADAM M. BLAYLOCK** of **MILLER JOHNSON** hereby enters his appearance as counsel on behalf of Defendants **WANYE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT** and **WAYNE COUNTY**

**REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2025 | */s/ Adam M. Blaylock* <br> Kevin T. Sutton (P65364) <br> Adam M. Blaylock (P77716) <br> **MILLER JOHNSON** <br> 500 Woodward Ave., Suite 3600 <br> Detroit, Michigan 48226 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIK PEARSON,<br>　　　　　　Plaintiff, | Case No.  2:25-cv-11582 |
| vs. | HON. |
| **SPECTRUM JUVENILE JUSTICE SERVICES**; **SPECTRUM HUMAN SERVICES, INC**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT**; **WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY DISTRICT BOARD OF EDUCATION**; and **JOHN/JANE DOES 1-101**, in their official, professional, personal, and individual capacityies, jointly and severally;<br>　　　　　　Defendants. | |

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>**ABDNOUR WEIKER, LLP.**<br>Attorney for Plaintiff<br>325 E. Grand River Ave., Suite 250<br>Lansing, Michigan 48823<br>(517) 994-1776<br>liz@education-rights.com<br><br>David Wesley Cornish, Esquire*<br>**CORNERSTONE LEGAL GROUP, LLC.**<br>Attorney for Plaintiff<br>230 S. Broad St., 17th Floor<br>Philadelphia, Pennsylvania 19102<br>(888) 313-1385<br>Dwesley24@gmail.com<br>*Admission application to be filed | Kevin T. Sutton (P65364)<br>Adam M. Blaylock<br>**MILLER JOHNSON**<br>Attorneys for Defendants<br>500 Woodward Ave., Suite 3600<br>Detroit, MI 48226<br>(313) 672-6950<br>suttonk@millerjohnson.com<br>blaylocka@millerjohnson.com |

## **PROOF OF SERVICE**

　　　　The undersigned states that she served a copy of the foregoing *Appearance* via PACER on June 13, 2025.

        Respectfully Submitted,

        */s/ Grace A. Bergeron*
        Grace A. Bergeron
        **MILLER JOHNSON**
        500 Woodward Ave., Suite 3600
        Detroit, Michigan 48226