UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIK PEARSON,

        Plaintiff,

v.

SPECTRUM JUVENILE JUSTICE
SERVICES, et al.,

        Defendants.
_____/

Case No. 2:25-cv-11582

HONORABLE STEPHEN J. MURPHY, III

## STIPULATION AND ORDER WITHDRAWING ATTORNEY

For the reasons set forth in the stipulation below, the Court will permit the withdrawal of Attorney Elizabeth K. Abdnour.

**WHEREFORE**, it is hereby **ORDERED** that Attorney Elizabeth K. Abdnour is **WITHDRAWN** as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court must **REMOVE** Attorney Elizabeth K. Abdnour from receiving electronic notices in the above case.

**SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: August 19, 2025

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants as follows.

1. On or around April 15, 2025, Attorney Wesley Cornish of Cornerstone Legal Group was retained by Plaintiff to represent him in this matter.

2. At the time, Attorney Cornish was not licensed to practice in this Court.

3. Attorney Cornish began the process of seeking admission to this Court but realized he would not be able to complete the process before Plaintiff's statute of limitations ran.

4. At that time, Attorney Cornish began seeking an attorney admitted to practice in this Court to file the Complaint on Plaintiff's behalf, to ensure the statute of limitations did not run prior to filing.

5. Attorney Cornish connected with Attorney Abdnour through a mutual attorney acquaintance, and Attorney Abdnour agreed to serve in the limited role of filing this Complaint to protect Plaintiff's claims before the statute of limitations ran.

6. Attorney Cornish drafted the Complaint and is the only attorney who has communicated with Plaintiff or who has a representation agreement with Plaintiff.

7. Attorney Abdnour has never communicated with Plaintiff and has no independent knowledge of the case beyond what is outlined in the Complaint.

8. The initial agreement between Attorneys Cornish and Abdnour was that Attorney Abdnour would withdraw as soon as Attorney Cornish was admitted to this Court.

9. Unfortunately, on or around June 19, 2025, Attorney Cornish's twin infant daughters died unexpectedly, and Attorney Cornish was forced to take bereavement leave.

10. Attorney Abdnour agreed to stay on as counsel as long as Attorney Cornish needed to grieve.

11. Attorney Cornish's bereavement leave has ended and he is now fully prepared to move forward with representing Plaintiff.

12. Attorney Cornish filed a Notice of Appearance in this matter on July 23, 2025. ECF No. 08.

13. Attorney Cornish is lead counsel in this matter and will represent Plaintiff thoroughly and diligently as he had planned to do from the outset when he accepted the case.

14. The parties request that this Court issue the proposed Order below allowing Attorney Abdnour to withdraw from this case.

15. No Party will be prejudiced by Attorney Abdnour's withdrawal from this matter.

**IT IS SO STIPULATED.**

/s/ *Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

/s/ *David Wesley Cornish (with permission)*
David Wesley Cornish
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
(888) 313-1385
dwesley24@gmail.com

*Attorneys for Plaintiff*

/s/ *Adam M. Blaylock (with permission)*
Kevin T. Sutton (P65364)
Adam M. Blaylock (P77716)
Miller Johnson
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
(313) 672-6950
suttonk@millerjohnson.com
blaylocka@millerjohnson.com

*Attorneys for Defendants Wayne County Regional Educational Service Agency District and Wayne County Regional Educational Service Agency District Board of Education*